UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| LARRY SMITH <br> & VINCENT GARCIA, ET AL. <br><br> versus <br><br> INNOVATIVE TURNAROUND CONTROLS, LTD. | § § § § § § § § § § § § <br><br> CIVIL ACTION NUMBER: <br> G-12-074 |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

/s/ Richard J. Burch, counsel for Plaintiffs     /s/ Keith Sieczkowski, counsel for Defendant

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

JOHN R. FROESCHNER

to conduct all further proceedings, including final judgment.

June 6, 2012
Date

United States District Judge

SDTX (consent mag) 7/13/98