IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| LARRY SMITH and VINCENT GARCIA | § § | |
| V. | § § | CIVIL ACTION NO. G-12-074 |
| INNOVATIVE TURNAROUND CONTROLS, LTD. | § § § | |

## O R D E R

Having reviewed the Parties' competing proposals for the Notice Form and Notice of Consent to be used in this case, the Court hereby **APPROVES** the Plaintiff's proposals and **ORDERS** that they **SHALL** be used to notify prospective Opt-In Plaintiffs.

**DONE** at Galveston, Texas, this     9th     day of August, 2012.

John R. Froeschner
United States Magistrate Judge