

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| LARRY SMITH and VINCENT GARCIA, ET AL. | § § § | |
| V. | § § | CIVIL ACTION NO. G-12-074 |
| INNOVATIVE TURNAROUND CONTROLS, LTD. | § § § | |

## NOTICE OF HEARING

This case has been **set** for the following before United States Magistrate Judge John R. Froeschner:

### TELEPHONE
### STATUS CONFERENCE

Date:        April 18, 2013

Time:        11:00 a.m.

To:          All Counsel of Record

 **\*\*\*\***   **The Parties should call the Court's conference line at 409-763-7881, at the designated time.**

For inquiries regarding the above setting please contact:

Sheila R. Anderson, Case Manager
to U.S. Magistrate Judge Froeschner
409/766-3533

sheila_r_anderson@txs.uscourts.gov

April 2, 2013