UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| LARRY SMITH, et al., | CASE NO. 3:12-cv-00074 |
| Plaintiffs, | |
| | COLLECTIVE ACTION |
| v. | |
| INNOVATIVE TURNAROUND CONTROLS, LTD, | |
| | JURY DEMANDED |
| Defendant. | |

**ORDER APPROVING SETTLEMENT**

The Court reviewed the Parties' Joint Motion to Approve Settlements and the Parties' Joint Stipulations and Settlement Agreements of Collective Action Claims (Settlement Agreements). The Court finds the Settlement Agreements represent fair and reasonable compromises of the Fair Labor Standards Act ("FLSA") claims at issue in this case and, therefore, approves the Settlement Agreements.

Within fourteen (14) days of the date of this Order, Plaintiffs' Counsel will send to each Class Member the Notice attached as Exhibit 3 to the Settlement Agreement applicable to that Class Member. Counsel will include a copy of the Notice of Consent and Waiver Agreement (Waiver Agreement) attached as Exhibit 2 to that Settlement Agreement. Potential Class Members will have seventy-five (75) days from the date of this Order to file their Notices of Consent with the Court (the "Consent Filing Date").

Within thirty (30) days of the Consent Filing Date, Plaintiffs' Counsel will file a list of those persons who elected to participate in the settlements and the amounts payable to them.

1

Plaintiffs' Counsel shall also request permission to disburse the settlement funds to these individuals.

Once confirmation of the payments has been received by the Court, ITC will file a motion for dismissal with prejudice.

**Signed on** _____July 15_____, 2013.

John R. Froeschner
United States Magistrate Judge