IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LARRY SMITH & VINCENT GARCIA, § | | Civil Action No. 3:12-cv-00074 |
| On Behalf of Themselves and Others § | | |
| Similarly Situated, § | | |
| § | | |
| v. § | | COLLECTIVE ACTION |
| § | | |
| INNOVATIVE TURNAROUND § | | |
| CONTROLS, LTD. § | | JURY TRIAL DEMAND |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered Defendant Innovative Turnaround Controls, LTD's Motion for Entry of Order. Having considered same:

IT IS, ORDERED, ADJUDGED, AND DECREED that all of the claims against Defendant Innovative Turnaround Control, LTD by LARRY SMITH, VINCENT GARCIA, and those other Plaintiffs in the Settlement Class are DISMISSED WITH PREJUDICE to refiling same.

This Order disposes of all claims against all Parties. Costs and fees are to be borne by the Party incurring same.

DATED this 30th day of December, 2013.

_____
HONORABLE DISTRICT JUDGE
Magistrate

{C0862111.DOCX:1}